**Thomas L. Kolker**
Greenstein & Kolker
1006 East Cesar Chavez Street
Austin, Texas 78702
(512) 472-6270
tom@greensteinandkolker.com

## CURRICULUM VITAE

**Personal:**
Thomas L. Kolker, born Baltimore, Maryland, December 16, 1951
Married to Virginia Raymond
Children: Joseph (28), Rebecca (25), Louis (21)

**Education:**
B.A., Johns Hopkins University 1973
J.D., University of Texas 1976

**Professional:**
Member of Texas bar since 1977
Licensed in U.S. District Court for the Western, Northern and Southern Districts of Texas; Fifth Circuit U.S. Court of Appeals

**Employment:**
1977-1980   University of Texas Students' Attorneys Office
1980- present Greenstein and Kolker

**Representative clients:**
Facility Insurance Corporation (formerly Texas Workers' Compensation Insurance Facility) 1995 to present ----premium fraud litigation; collection work; general counsel matters

Texas Mutual Insurance Company (formerly Texas Workers' Compensation Insurance Fund) 1998 to present ----premium fraud litigation; collection work

Serve as Special Master and Receiver for County Courts at Law Travis County

Serve as Attorney Ad Litem in Travis County District and County Courts at Law for sellers of structured settlements

**Accredited CLE Presentations:**

Survey of Single Business Enterprise Concepts in Texas Jurisprudence with Emphasis on Applicability to Insurance Premium Issues---2010 (to Texas Mutual Insurance Company legal department and special investigation division)

Issues in serving as Attorney Ad Litem in sale of structured settlements—2015 (to Travis County District Judges)

**Receivership experience**
Currently serving as receiver in over 60 cases, the majority of which are in the Travis County, but also have or have had receivership cases in the following courts:

(1) Travis County District Court; (2) United States Federal Court for the Southern District of Texas, Brownsville Division; and the following counties:

Angelina
Atascosa
Bell
Bexar
Burnet
Collin
Dallas
Denton
El Paso
Fort Bend
Gillespie
Galveston
Grayson
Harris
Harrison
Hays
Hill
Jefferson
Johnson
Liberty
Lipscomb
Lubbock
McLennan
Medina
Milam
Montgomery
Nueces

Orange
Parker
Refugio
Robertson
Rusk
Rockwall
Shelby
Smith
Tarrant
Taylor
Tom Green
Uvalde
Val Verde
Waller
Webb
Wichita
Williamson

**Receivership Reference:**

Judge Eric Shepperd
County Court at Law #2
Travis County, Texas
512-854-9242
eric.shepperd@co.travis.tx.us